IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 13-CV-70 |
| LINDA J. WHEELER; DUWAYNE A. WHEELER; COUNTRYWIDE HOME LOANS, INC.; CAPITAL ONE BANK (USA), | ) |
| Defendants. | ) |

## ORDER DISMISSING DEFENDANT COUNTRYWIDE HOME LOANS, INC.

On September 25, 2013, defendant Countrywide Home Loans, Inc. filed an answer to the complaint, in which it disclaimed any interest in the real estate subject to foreclosure. Therefore, any interest Countrywide Home Loans, Inc. had in the real property is hereby extinguished. The plaintiff states in its Motion for Default Entry that it does not resist the dismissal of Countrywide Home Loans, Inc. as a defendant in this action. In light of Countrywide Home Loans, Inc.'s disclaimer, dismissal is appropriate.

THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(2), the court dismisses defendant Countrywide Home Loans, Inc. without prejudice.

IT IS SO ORDERED.

DATED this 23rd day of October, 2013.

JON STUART SCOLES
CHIEF UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA